## Ferman Alvin RUPPE, Plaintiff–Appellant,

v.

## K.L. OSBORNE, Warden; F.M. Culan, Assistant Warden; Lieutenant Johnson, Chief of Security; Colin Anglicker, Doctor; K. Cullop, Corrections Officer; T. Parks, Nurse, LPN, Marion CC; Doctor Renard, Defendants–Appellees.

### No. 03–6073.

United States Court of Appeals, Fourth Circuit.

Submitted March 6, 2003.

Decided March 17, 2003.

Ferman Alvin Ruppe, Appellant Pro Se. Mark Ralph Davis, Office of the Attorney General of Virginia, Richmond, Virginia; Jim Harold Guynn, Jr., Melvin Edward Williams, Guynn & Memmer, P.C., Roanoke, Virginia, for Appellees.

Before WILKINSON, MICHAEL and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Ferman Alvin Ruppe appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Ruppe v. Osborne,* No. CA–02–75–7 (W.D.Va. Dec. 17, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*